**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | |
|---|---|
| CAROLYN HOLLINGSWORTH, | : |
| Petitioner | : |
| v. | : 6:05-CV-004 (WLS) |
| JOANNE BARNHART, | : |
| Respondent | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 19), filed February 16, 2006. It is recommended that Petitioner's Motion for Attorney Fees, filed under the Equal Justice Act, 28 U.S.C. § 2412(d), (Doc. 14) be granted. *Id*. Accordingly, it is recommended that payment be forwarded to Petitioner in the amount of $3,948.92. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 19) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Attorney Fees (Doc. 14) is **GRANTED**. Pursuant to this Order, payment shall be forwarded to Petitioner in the amount of $3,948.92.

**SO ORDERED**, this  1st  day of May, 2006.

      /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**