IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN HOLLINGSWORTH, | * | |
| | * | |
| Claimant, | * | |
| | * | |
| vs. | * | CASE NO.  6:05-CV-4 (WLS) |
| | * | |
| JO ANNE B. BARNHART, | * | |
| COMMISSIONER OF | * | |
| SOCIAL SECURITY, | * | |
| | * | |
| Defendant. | * | SOCIAL SECURITY APPEAL |
| | * | |

## REVISED REPORT AND RECOMMENDATION

The Report and Recommendation filed in this action as Document #24 on November 21, 2008, contained an incorrect reference to the statute under which Attorney's fees were to be awarded. That Report and Recommendation is hereby withdrawn and this Revised Recommendation is filed to replace Document # 24.

Presently pending before the Court is Petitioner's (Claimant's attorney) Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b)(1). Petitioner seeks an award of attorney's fees in the amount of $16,823, based upon an hourly rate for 26.5 attorney work hours and 13.95 paralegal work hours. The Defendant has no objection to Claimant's Motion.

WHEREFORE, it is Recommended that Claimant's Motion for Attorney's Fees under 42 U.S.C. § 406(b)(1) be hereby granted in the amount of $16,823.00. Pursuant to 28 U.S.C. § 636(b)(1), Claimant may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within ten (10) days after being served a copy of this recommendation.

**SO RECOMMENDED**, this 24th day of November, 2008.

                                                                                S/ G. MALLON FAIRCLOTH
                                                                                UNITED STATES MAGISTRATE JUDGE

eSw