THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

CAROLYN HOLLINGSWORTH,

    Plaintiff,

vs.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

6:05-cv-4(WLS)

## ORDER

Before the Court is a Revised Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed November 24, 2008. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Revised Report and Recommendation should be, and hereby is, made the order of the Court. Accordingly, Claimant's Motion for Attorney's Fees Under 42 U.S.C. §406(b)(1) is GRANTED in the amount of Sixteen Thousand Eight Hundred Twenty-Three Dollars ($16,823.00).

**SO ORDERED**, this 29㏋ day of January, 2009.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT